UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| ISAAC WYANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | **CASE NO. 4:24-CV-53-D** |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that pursuant to the Order entered on August 13, 2024 [D.E. 15], the court reverses the Commissioner's decision and remands this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

This Judgment filed and entered on August 13, 2024, and copies to:
Counsel of record for the parties (via CM/ECF electronic notification)

August 13, 2024

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Stephanie Mann
Deputy Clerk