UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:24-CV-00053-D-RJ

| | |
|---|---|
| ISAAC WYANT, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER FOR PAYMENT** |
| MARTIN O'MALLEY, | ) **OF ATTORNEY FEES UNDER THE** |
| Commissioner of | ) **EQUAL ACCESS TO JUSTICE ACT** |
| Social Security, | ) |
| Defendant. | ) |

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $ 8,500.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made to Plaintiff's counsel, Charlotte W. Hall, with Arrowood & Hall, PLLC, P.O. Box 58129, Raleigh, NC, 58129, in accordance with Plaintiff's assignment to his attorney of his right to payment of attorney's fees under the Equal Access to Justice Act.

SO ORDERED. This the 25 day of September, 2024.

JAMES C. DEVER III
United States District Judge